Case 3:23-cv-00372-HTW-LGI   Document 1   Filed 06/09/23   Page 1 of 2

3:23-cv-372-HTW-LGI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 09 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

TO WHOM IT MAY CONCERN-

I AM WRITING YOU TODAY ABOUT A CRIME THAT WAS COMMITTED AGAINST ME BY THE PEARL POLICE DEPARTMENT ON FEBRUARY 21st, 2021. WHEN I WAS STOPPED AND TOLD TO GET OUT OF MY VEHICLE, I COOPERATED AND GOT OUT WITH MY HANDS UP. I WAS THEN TOLD TO GET DOWN ON MY KNEES. I TRIED TO EXPLAIN THAT I HAD BAD KNEES AND IT WOULD BE VERY DIFFICULT. I WAS THEN TASED AND BEATEN AND WAS PUT INTO A CHOKE HOLD WHILE THE OFFICER ASKED ME "DO YOU REMEMBER GEORGE FLOYD?" I PASSED OUT FROM THE CHOKE HOLD.

I WOKE UP IN THE BACK OF AN AMBULANCE WITH THE AMBULANCE DRIVER COMING TOWARDS ME WITH A SYRINGE. WE HAD MOVED FROM THE LOCATION OF THE STOP TO UNDER A BRIDGE IN A DESOLATE LOCATION. THE AMBULANCE DRIVER THEN TOLD THE OFFICER THAT I WAS AWAKE THEN THE OFFICER PULLED ME OUT OF THE AMBULANCE AND THREW ME INTO HIS SUV AND CARRIED ME TO THE PEARL POLICE STATION. AS I WAS BEING PROCESSED, I WAS TOLD TO TAKE OFF MY JEWELRY. AS I WAS DOING SO, THE OFFICER PUNCHED ME IN THE FACE AND THEN 4 MORE OFFICERS JOINED IN BEATING AND KICKING ME. MY ARM WAS BROKEN IN THE PROCESS. THEN THEY RIPPED OFF MY CLOTHES AND LEFT ME NAKED.

WHEN AN OFFICER FROM TYLERTOWN ARRIVED TO TRANSPORT ME TO TYLERTOWN, HE TOLD THE PEARL POLICE OFFICERS TO GET ME SOME CLOTHES BECAUSE HE COULD NOT TRANSPORT ME NAKED. THE TYLERTOWN OFFICER ALSO TOOK PICTURES OF MY INJURIES.

SO WHAT I NEED TO KNOW FROM YOU IS HOW DO I GO ABOUT SEEKING JUSTICE FOR THESE CRIMES THAT HAVE COMMITTED AGAINST ME. THIS IS A VERY IMPORTANT ISSUE TO ME. I BELIEVE THAT THIS IS A SERIOUS CRIMINAL AND CIVIL CASE AND I NEED TO KNOW HOW BEST TO PROCEED. PLEASE CONTACT ME AS SOON AS POSSIBLE.

REGARDS,

MR. Keith Penton